**Supreme Court**
No. 2012-333-M.P.

Rhode Island Council 94, AFSCME,    :
AFL-CIO Locals: Boys & Girls Training
School, Local 314, AFSCME, Council 94,
AFL-CIO et al.

           v.            :

   Lincoln D. Chafee et al.         :

**O R D E R**

For the reasons expressed in our Order issued on this date in <u>Rhode Island Public Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al.</u>, No. 2012-331-M.P., the petition for writ of certiorari is denied.

Entered as an Order of this Court, this **6th** day of **December, 2012**.

By Order,

_____/s/_____

Clerk



**TITLE OF CASE:** Rhode Island Council 94, AFSCME, AFL-CIO Locals: Boys & Girls Training School, Local 314, AFSCME, Council 94, AFL-CIO et al. v. Lincoln D. Chafee et al.

**CASE NO:** No. 2012-333-M.P.

**COURT:** Supreme Court

**DATE ORDER FILED:** December 6, 2012

**JUSTICES:** Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:** N/A – Court Order

**SOURCE OF APPEAL:** Providence County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Sarah Taft-Carter

**ATTORNEYS ON APPEAL:**

For Plaintiffs: Lynette J. Labinger, Esq.

For Defendants:
John A. Tarantino, Esq.
James R. Lee, Department of Attorney General
Rebecca T. Partington, Department of Attorney General